|   |   |
|---|---|
| 1 | R. Christopher Reade, Esq. |
|   | Nevada Bar No. 006791 |
| 2 | Andrew H. Pastwick, Esq. |
|   | Nevada Bar No. 009146 |
| 3 | READE & ASSOCIATES |
|   | 4560 S. Decatur Boulevard, Suite 201 |
| 4 | Las Vegas, Nevada 89103 |
|   | Tel: (702) 794-4411 |
| 5 | Fax: (702) 794-4421 |
|   | cread@readelawfirm.com |
| 6 | apastwick@readelawfirm.com |
|   | Attorneys for Plaintiff |
| 7 | WILLIAM LYON HOMES, INC. |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIAM LYON HOMES, INC.,
a California corporation fka PRESLEY
HOMES

    Plaintiffs.

vs.

CHARLES LESLIE PARTINGTON d/b/a
M.C. MOJAVE CONSTRUCTION a/k/a
C D S CONSTRUCTION
DESIGN SPECIALISTS LLC, JOHN
WILSON, individually; and DOE
INDIVIDUALS I-X, inclusive; and ROE
ENTITLES I-X, inclusive,

    Defendants.

Case No. 2:09-cv-00473-KJD-GWF

**STIPULATION AND ORDER
FOR DISMISSAL OF ALL CLAIMS**

## STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by and between Plaintiff WILLIAM LYON HOMES, INC. fka PRESLEY HOMES, being represented by their counsel, R. Christopher Reade, Esq. and the law office of Reade & Associates and Defendants CHARLES LESLIE PARTINGTON d/b/a M.C. MOJAVE CONSTRUCTION a/k/a C D S CONSTRUCTION DESIGN SPECIALISTS LLC and JOHN WILSON being represented by its counsel Michael J. Nunez, Esq. and the law office of Murchison & Cumming, LLP, that the above-entitled matter, as well as all claims, counterclaims

and cross-claims shall be DISMISSED WITH PREJUDICE, with each party to bear all of their own costs and attorneys' fees herein incurred. All pending court dates should be vacated.

DATED this 27 day of July, 2010.         DATED this 24 day of July, 2010.

READE & ASSOCIATES

By: _____
R. Christopher Reade, Esq
Nevada Bar No. 006791
Andrew H. Pastwick, Esq.
Nevada Bar No. 009146
4560 South Decatur Boulevard, Suite 201
Las Vegas, Nevada 89103
(702) 794-4411
Attorneys for Plaintiffs

By: _____
Michael J. Nunez, Esq.
Nevada Bar No. 010703
Murchison & Cumming, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Attorneys for Defendants

## ORDER

IT IS SO ORDERED this  28  day of  July , 2010.

_____
DISTRICT COURT JUDGE

Submitted by:
    READE & ASSOCIATES

By: _____
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
ANDREW H. PASTWICK, ESQ.
Nevada Bar No. 009146
4560 South Decatur Boulevard, Suite 201
Las Vegas, Nevada  89103
(702) 794-4411
Attorneys for Plaintiffs